UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR04-221-TSZ |
| | ) | |
| v. | ) | **PROPOSED FINDINGS OF FACT** |
| | ) | **AND DETERMINATION AS TO** |
| LOWELL GLENN PROFIT, | ) | **ALLEGED VIOLATIONS OF** |
| | ) | **SUPERVISED RELEASE** |
| Defendant. | ) | |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 12, 2010. The defendant appeared pursuant to warrant issued in this case. The United States was represented by Lisca N. Borichewski, and defendant was represented by Lee Edmond. Also present was Senior U.S. Probation Officer Steven R. Gregoryk. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on July 8, 2005 by the Honorable Thomas S. Zilly for Transportation of Child Pornography. He received 7 years of detention and 10 years of supervised release.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated June 24, 2010, Senior U.S. Probation Officer Steven R. Gregoryk alleged that defendant violated the following conditions of supervised release:

1.      Failing to follow the instructions of the probation officer on or about June 19, 2010, in violation of standard condition No. 3.

2.      Failing to truthfully answer all inquiries by the probation officer on or before June 22, 2010, in violation of standard condition No. 3.

3.      Failure to register with the state sex offender registration agency where the defendant resides, works, or is a student, as directed by the probation officer, in violation of the general condition of supervision.

FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing July 27, 2010 at 1:30 p.m. before District Judge Thomas S. Zilly.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 12th day of July, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2