UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR04-221-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| LOWELL GLENN PROFIT, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 11, 2011. The United States was represented by AUSA Lisca Borichewski and the defendant by James Newton. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 8, 2005 by the Honorable Thomas S. Zilly on a charge of Transmission of Child Pornography, and sentenced to 7 years custody, 10 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, abstain from alcohol, submit to search, participate

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

in mental health/sexual offender treatment, have no unsupervised contact with minors, participate in a specialized sexual offender treatment program with testing, make reasonable progress in all treatment sessions, follow lifestyle restrictions as specified, have no contact with any electronic device which connects with the internet unless allowed by his probation officer, allow his probation officer to inspect any personal computer, notify his probation officer of all software owned or acquired, cooperate with ongoing computer monitoring, and be restricted from employment which may required him to work with minors unless preapproved by his probation officer. (Dkt. 70.)

On July 12, 2010, defendant admitted violating the conditions of supervised release by failing to follow the instructions of his probation officer, failing to truthfully answer inquiries from his probation officer, and failing to register as a sex offender. (Dkt. 103.) Defendant was sentenced to four months in custody, 9 years and 8 months supervised release. (Dkt. 108.) Some of the conditions of supervised release were expanded and/or clarified, including the requirement that defendant participate in home confinement with electronic monitoring for up to 120 days, obtain pre-approval for his residence, and have no contact with victims associated with his prior sex offense convictions. (*Id.,* at 5, Dkt. 109.)

In an application dated March 8, 2012 (Dkt. 110, 111), U.S. Probation Officer Steven R. Gregoryk alleged the following violation of the conditions of supervised release:

1. Possession of sexually explicit materials as defined in 18 U.S.C. § 2256(2), in violation of the special condition.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it

occurred. (Dkt. 119.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 11th day of April, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:	Honorable Thomas S. Zilly
	AUSA:	Lisca Borichewski
	Defendant's attorney:	James Newton
	Probation officer:	Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3